# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TAMMY HUTSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No. 03-3106-CV-S-FJG |
| | ) |
| PROTECTIVE LIFE INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

1. On August 4, 2003, the Court granted defendant's Motion for Leave to Deposit Funds into the Court Registry. Upon receipt of the funds, the Clerk of the Court was to deposit the retained premium in the amount of $1,195.00 into an interest bearing account and further invest the proceeds with the Treasurer of the United States or a designated depository, in the name and to the credit of the Clerk of the Court, pending further Order of this Court.

2. On March 24, 2004, the Court entered an Order granting defendant's Motion for Summary Judgment. Plaintiff appealed this decision to the United States Court of Appeals for the Eighth Circuit. However, on January 18, 2005, the Eighth Circuit affirmed the granting of Defendant's Motion for Summary Judgment.

3. A recent audit of the Court's financial records indicates that the retained premium which was initially deposited in August 2003 has remained on deposit despite the conclusion of this case.

Accordingly, it is HEREBY ORDERED, ADJUDGED AND DECREED, that the interest bearing account established by this Court to hold the retained premium from this action is hereby terminated. The Clerk of the Court is hereby ordered to immediately distribute the balance held in such account, together with any accrued and undistributed interest attributable to plaintiff: Tammy Hutson and her counsel, Jeffrey T. Davis.  The check shall be made payable to both Ms. Hutson and Mr. Davis and sent to the following address:

Jeffrey T. Davis
Turner, Reid, Duncan, Loomer & Patton
1355 E. Bradford Parkway, Suite A
Springfield, Missouri 65804

Date: July 28, 2011
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge